# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **National Brokers of America, Inc.**                                   Case No.
                                             Debtor(s)                         Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **National Brokers of America, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**National Brokers of America, Inc.**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 20, 2019** | **/s/ Brenna H. Mendelsohn, Esquire** |
| Date | **Brenna H. Mendelsohn, Esquire** |
| | Signature of Attorney or Litigant |
| | Counsel for  **National Brokers of America, Inc.** |
| | **Mendelsohn and Mendelsohn, P.C.** |
| | **637 Walnut Street** |
| | **Reading, PA 19601** |
| | **610-374-8088 Fax:610-478-1260** |
| | **tobykmendelsohn@comcast.net** |